**Edward C. MCREADY, Plaintiff— Appellant,**

v.

**Martin O'MALLEY, Honorable, in his official capacity as Governor of the State of Maryland; University System of Maryland; William E. Kirwan; University of Maryland University College; Susan Aldridge; Lawrence E. Leak; Greg Von Lehman; John Volpe; Rhea Reed; Rachel Zelkind; Shawna Acker–Ball; Megan Farrell; Thomas Hogan; State of Maryland; Elizabeth Mulherrin; Adelaide A. Lagnese, Defendants—Appellees.**

No. 11–1451.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 6, 2012.

Decided: March 12, 2012.

---

Edward C. McReady, Appellant Pro Se. Thomas Faulk, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward C. McReady appeals the district court's order granting Defendants' motion for summary judgment in his consolidated civil actions. We have reviewed the record and conclude there is no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McReady v. O'Malley*, 804 F.Supp.2d 427 (D.Md. 2011). Further, because we grant McReady's motion for leave to file an amended informal brief in excess of the fifty-page limitation ordered by the Clerk's Office, we deny as moot all other pending motions related to the length of McReady's amended informal brief, including Defendants' motion to strike McReady's amended informal brief and McReady's motion to strike Defendants' opposition to his enlarged informal brief. We also deny as moot McReady's motions for summary disposition and expedited review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*